IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS CEDILLO AND PATRICIA CEDILLO | § § § | CIVIL ACTION NO. 7:17-cv-232 |
| VS. | § § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND STEVEN YODER AND JOSHUA ODEN | § § § § | JURY DEMAND |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant herein would advise the Court that the parties have reached a settlement and therefore, request that all deadlines be suspended pending documentation of settlement.

Respectfully submitted,

BY:     /s/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738

Of Counsel
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent via electronic messaging, to the Attorney for Plaintiff, as follows:

Gregory F. Cox
MOSTYN LAW
3810 W. Alabama St.
Houston, Texas 77027

on this 13th day of September, 2018.

                                                  /s/ *Rosemary Conrad-Sandoval*
                                            ROSEMARY CONRAD-SANDOVAL