IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS CEDILLO AND<br>PATRICIA CEDILLO<br>*Plaintiffs*<br><br>VS.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY,<br>STEVEN YODER AND JOSHUA ODEN<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:17-cv-00232 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, **JESUS CEDILLO AND PATRICIA CEDILLO**, and Defendants, **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, STEVEN YODER AND JOSHUA ODEN**, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On May 3, 2017, Plaintiffs, **JESUS CEDILLO AND PATRICIA CEDILLO**, sued Defendants.

2. Plaintiffs, **JESUS CEDILLO AND PATRICIA CEDILLO** move to dismiss their suit.

3. Defendants agrees to the dismissal of **JESUS CEDILLO AND PATRICIA CEDILLO**'s claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of **JESUS CEDILLO AND PATRICIA CEDILLO**'s case.

38813

9. Plaintiffs have not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

/s/ Gregory F. Cox
GREGORY F. COX
Attorney in Charge
State Bar No. 00793561
Federal I.D. No. 719613
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000
(713) 714-1111 facsimile

Of Counsel:

MOSTYN LAW
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000
(713) 714-1111 facsimile


*Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL
Attorney in Charge
State Bar No. 04709300
Federal I.D. No. 13738

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, Texas 78504
(956) 393-6300
(956) 386-1625 facsimile

38813

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiffs, as follows:

Gregory F. Cox
MOSTYN LAW
3810 W. Alabama Street
Houston, Texas 77027

on this 10ʰ day of September 2018.

                                              */s/ Rosemary Conrad-Sandoval*
                                              ROSEMARY CONRAD-SANDOVAL

38813